**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

|   |   |
|---|---|
| PRIMEX PLASTICS CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>CURTIS ZAMEC, The Nancy L. Zamec Revocable Trust, The Zamec Marital Trust, The Zamec Family Trust, and The Curtis J. Zamec Revocable Trust,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:15-cv-00175-bbc<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

     Notice is hereby given that Plaintiff Primex Plastics Corporation in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered by the Court in favor of Defendants and against Primex Plastics Corporation in this action on July 26, 2016.

                                       Respectfully submitted,

Dated: August 19, 2016                    /s/ David A. Cohen_____
                                                  David A. Cohen (p*ro hac vice*)
                                                  Email: davidacohen@rjbasil.com
                                                  Robert J. Basil (*pro hac vice*)
                                                  Email: robertjbasil@rjbasil.com
                                                  The Basil Law Group, P.C.
                                                  1270 Broadway, Suite 305
                                                  New York, NY 10001
                                                  Telephone: 917-512-3066
                                                  Fax: 831-536-1075

                                                  *Attorneys for Plaintiff Primex Plastics Corporation*